IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS J. JACOBS, III,

        Petitioner,                                    JUDGMENT IN A CIVIL CASE

v.                                                            Case No: 09-cv-652-bbc

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

        Respondent.

---

    This action came for consideration before the court with DISTRICT JUDGE
BARBARA B. CRABB  presiding.  The issues have been considered and a decision has
been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent Peter Huibregtse DISMISSING

WITHOUT PREJUDICE petitioner Chris J. Jacobs, III petition for a writ of habeas

corpus pursuant to 28 U.S.C. § 2254.


By: Lynn Kaule, Deputy Clerk

    Peter Oppeneer, Clerk of Court

12-28-09

Date