IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRIS J. JACOBS, III,

                Petitioner,                ORDER

   v.

                                              09-cv-0652-bbc

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

                Respondent.

---

      Petitioner Chris J. Jacobs, III, has asked the court to reconsider an order entered February 2, 2010, in which I declined to grant petitioner a certificate of appealability on his claim, set forth in a habeas corpus petition, that prison staff were depriving him of food. When petitioner filed his notice of appeal, this court was divested of jurisdiction over his petition. Therefore, I have no authority to entertain his motion for reconsideration. Petitioner may direct his arguments that I erred in denying him a certificate of appealability to the Court of Appeals for the Seventh Circuit.

      Therefore, IT IS ORDERED that petitioner's motion for reconsideration (dkt. 17) is DENIED because this court lacks jurisdiction to entertain it. The clerk of court shall forward petitioner's motion to the court of appeals for its review.

      Entered this 17th day of March, 2010.

                                        BY THE COURT:

                                        /s/

                                        BARBARA B. CRABB
                                        District Judge